UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re:

TROY DANIEL LEISCHNER,   Case # 10-46067
                         Chapter 13
   Debtor.               Hon. Marci B. McIvor
--------------------------------------------------/

## OBJECTION TO CLAIMS OF SAXON MORTGAGE SERVICES, INC.

Debtor, by and through his attorney, objects to Claims #1 and #2, both filed by Saxon Mortgage Services, Inc. ("Saxon") for the reason that in neither claim does Saxon provide evidence of a mortgage whereby the lender holds a valid security interest in Debtor's property. For his Objection, Debtor states:

1. Claim # 1, filed by Saxon on March 11, 2010, asserts a secured claim on behalf of U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-16XS ("U.S. Bank"). However, the mortgage filed as an exhibit lists the mortgagee as Mortgage Electronic Registration Systems, Inc. Therefore, U.S. Bank does not hold a security interest in Debtor's property.
2. Claim # 2, filed by Saxon on March 11, 2010, asserts a secured claim on behalf of U.S. Bank National Association, as Trustee for MSM 2006-14SL pass-through certificates ("U.S. Bank"). However, the mortgage filed as an exhibit lists the mortgagee as Mortgage Electronic Registration Systems, Inc. Therefore, U.S. Bank does not hold a security interest in Debtor's property.

As U.S. Bank, by virtue of the documentation its servicer provided with its claim, does not hold a security interest in Debtor's property both for Claim #1 and Claim #2, the claims must be disallowed as secured claims and classified as unsecured claims.

Date: April 9, 2010                    /s/Guy T. Conti
                                       Guy T. Conti
                                       Attorney for Debtor
                                       ContiLegal
                                       2002 Hogback Road, Suite 11
                                       Ann Arbor, MI  48105-9736
                                       888.489.3232 voice
                                       888.848.8228 fax
                                       gconti@contilegal.com