UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re:

TROY DANIEL LEISCHNER,            Case # 10-46067
                                                     Chapter 13

      Debtor.                              Hon. Marci B. McIvor
---------------------------------------------------/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIMS OF SAXON
MORTGAGE SERVICES, INC.**

The Court, being advised in the premises, FINDS:

1. Claim # 1, filed by Saxon on March 11, 2010, asserts a secured claim on behalf of U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-16XS ("U.S. Bank"). However, the mortgage filed as an exhibit lists the mortgagee as Mortgage Electronic Registration Systems, Inc. Therefore, U.S. Bank does not hold a security interest in Debtor's property.
2. Claim # 2, filed by Saxon on March 11, 2010, asserts a secured claim on behalf of U.S. Bank National Association, as Trustee for MSM 2006-14SL pass-through certificates ("U.S. Bank"). However, the mortgage filed as an exhibit lists the mortgagee as Mortgage Electronic Registration Systems, Inc. Therefore, U.S. Bank does not hold a security interest in Debtor's property.

As U.S. Bank, by virtue of the documentation its servicer provided with its claim, does not hold a security interest in Debtor's property both for Claim #1 and Claim #2, the claims must be disallowed as secured claims and classified as unsecured claims.

It is therefore ORDERED: Claims #1 and Claims #2, filed by Saxon Mortgage Services, Inc., are NOT ALLOWED as secured claims but are ALLOWED as general unsecured claims.