# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re:

TROY DANIEL LEISCHNER,            Case # 10-46067

                                              Chapter 13

      Debtor.                             Hon. Marci B. McIvor

---------------------------------------------------/

## NOTICE OF OBJECTION TO CLAIMS

<u>Troy Daniel Leischner, Debtor,</u> has filed an objection to your claims, Claims #1 and #2, in this bankruptcy case.

**<u>Your claim may be reduced, modified, or denied.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claims, then on or before seven days before the date set for the hearing on the objection, you or your lawyer must:

1.       File with the court a written response to the objection, explaining your position, at:

> **U.S. Bankruptcy Court**
> 211 W. Fort Street
> Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it **AT LEAST 7 DAYS PRIOR TO THE SCHEDULED HEARING**. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

> Guy T. Conti
> Attorney for Debtor
> 2002 Hogback Road, Suite 11
> Ann Arbor, MI 48105

> and

> David Wm. Ruskin
> 26555 Evergreen, Suite 1100
> Southfield, MI 48076

Detroit, MI 48226

2. Attend the hearing on the objection, scheduled to be held on <u>May 27, 2010, at 9 a.m. in United States Bankruptcy Court, 211 West Fort Street – Room 1875, Detroit, MI 48226</u>, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: April 9, 2010 /s/Guy T. Conti
Guy T. Conti
ContiLegal
Attorney for Debtor
2002 Hogback Road, Suite 11
Ann Arbor, MI 48105
888.489.3232 voice
888.848.8228 fax
gconti@contilegal.com

Revised 6/07