UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re:

TROY DANIEL LEISCHNER,                                  Case # 10-46067
                                                        Chapter 13
    Debtor.                              Hon. Marci B. McIvor
---------------------------------------------------/

## CERTIFICATE OF SERVICE

I, Guy Conti, do hereby affirm under the penalty of perjury that on April 9, 2010 I served the listed documents on the specified parties by depositing them in U.S. Mail, first-class postage fully prepaid and addressed to:

Saxon Mortgage Service
4708 Mercantile Dr. North
Fort Worth, TX  76137

Attn:  Daniel Arrigoni
President, U.S. Bank National Association
425 Walnut Street
Cincinnati, OH  45202

<u>Documents Sent:</u>
Objection to Claims of Saxon Mortgage Services, Inc.
Notice of Objection to Claims
Proposed Order
This Certificate of Service

Date:  April 9, 2010              /s/Guy T. Conti
                                  Guy T. Conti
                                  Attorney for Debtor
                                  ContiLegal
                                  2002 Hogback Road, Suite 11
                                  Ann Arbor, MI  48105-9736
                                  888.489.3232 voice
                                  888.848.8228 fax
                                  gconti@contilegal.com