# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In Re:

| | |
|---|---|
| TROY DANIEL LEISCHNER, | Case # 10-46067 |
| | Chapter 13 |
| Debtor. | Hon. Marci B. McIvor |

-----------------------------------------------------------------/

## ORDER ON OBJECTION TO CLAIMS

Debtor, on April 9, 2010, objected to creditor Saxon Mortgage Services, Inc. claims, #1 and #2 and properly served both Saxon and the holder of the promissory note, U.S. Bank National Association. The creditor's response was due on or before May 20, 2010. As of 12:01 A.M. ET, Friday, May 21, 2010, no such response was filed with the Court or received by the Debtor.

Therefore, it is hereby ORDERED that Debtor's objection to the claims of Saxon Mortgage Services, Inc., numbers 1 and 2 on this case's Claims Register, is SUSTAINED and said claims are NOT ALLOWED.
.

**Signed on May 21, 2010**

                                                          **___ __/s/ Marci B. McIvor_____**
                                                            **Marci B. McIvor**
                                                            **United States Bankruptcy Judge**